UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| JERRY BURNAMAN | * | CIVIL ACTION NO.: 1:08CV598 |
| AND JAMIE BURNAMAN | * | |
| | * | JUDGE DEE D. DRELL |
| VERSUS | * | |
| | * | MAGISTRATE JUDGE JAMES D. KIRK |
| WATER ACE PUMP | * | |
| COMPANY, ET AL | * | JURY TRIAL |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION AND ORDER FOR JUDGMENT
### OF PARTIAL DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come plaintiffs, **Jerry Burnaman and Jamie Burnaman,** who, upon suggesting to the Court that all claims in this action against Lowe's Home Centers, Inc. have been compromised to the satisfaction of all of the parties, move this Court to enter a Judgment of Dismissal with Prejudice of all claims against Lowe's Home Centers, Inc., only, with Lowe's Home Centers, Inc. to bear costs.

Respectfully submitted:

BRIAN CAUBARREAUX AND ASSOCIATES

Brian M. Caubarreaux, #21522
Derrick G. Earles, #29570
Emily G. Meche, #31177
144 W. Tunica Drive
Post Office Box 129
Marksville, Louisiana 71351
Telephone: 318-253-0900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all known counsel of record in this proceeding by:

| | | | |
|---|---|---|---|
| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
| (✓) | Facsimile | ( ) | Federal Express |
| ( ) | Electronically | | |

Marksville, Louisiana this **14th** day of **September**, 2009.

_____
BRIAN CAUBARREAUX AND ASSOCIATES