RECEIVED
IN ALEXANDRIA, LA.

MAR 1 2 2010

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

JERRY BURNAMAN, ET AL      CIVIL ACTION NO. 08-0598

VERSUS      U.S. DISTRICT JUDGE DEE D. DRELL

PENTAIR, et al      U.S. MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that partial summary judgment is GRANTED dismissing plaintiffs' claims as to defective design and defective manufacture, but DENYING summary judgment as to plaintiffs' claim of failure to warn and regarding reasonably anticipated use.

**THUS DONE AND SIGNED,** in chambers, in Alexandria, Louisiana, on this ___11___ day of ___MARCH_____, 2010.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**